1   Keith M. White # 188536
**DOWLING, AARON & KEELER, INC.**
2   8080 North Palm Avenue, Third Floor
Fresno, California 93711
3   Tel: (559) 432-4500
Fax: (559) 432-4590
4

5   Attorneys for Defendants ARMANDO H. GUERRA and ELVIRA N. GUERRA,
TRUSTEES
6

7

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11   FERNANDO RUBIO,                        Case No. 1:11-cv-02084-LJO-GSA
                        Plaintiff,
12                                          **STIPULATION AND ORDER**
        vs.
13

14   ARMANDO H. GUERRA and ELVIRA N.        Complaint Filed:  12/16/11
     GUERRA, TRUSTEES, FAROK ZAMZAMI,
15   RHYAD ZAMZAMI dba SELMA MINIMART,

16                        Defendants.

17

18          WHEREAS  the  parties  hereto  wish  additional  time  to  inspect  the  premises,

19   evaluate  the  results,  and  attempt  resolution  of  the  matter  without  incurring  fees  and  costs

20   associated  with  filing  responsive  pleadings,  scheduling  conference  statements,  and  attending

21   scheduling conferences;

22          WHEREAS the parties wish to conserve the Court's resources and time;

23          IT  IS  STIPULATED  by  and  between  Plaintiff,  FERNANDO  RUBIO  and

24   Defendants ARMANDO H. GUERRA and ELVIRA N. GUERRA, TRUSTEES, through their

25   respective  counsel,  that  Defendants  ARMANDO  H.  GUERRA  and  ELVIRA  N.  GUERRA,

26   TRUSTEES, shall have, and hereby are granted an extension of time to and including February

27   14, 2012, to file and serve their responsive pleadings to Plaintiff's Complaint on file herein.

28   ///



**STIPULATION AND ORDER**

1   Dated:  January 19, 2012                    DOWLING, AARON & KEELER, INC.

2

3                                               By:  /s/Keith M. White
                                                     Keith M. White
4                                                    Attorneys for Defendants ARMANDO H.
                                                     GUERRA and ELVIRA N. GUERRA,
5                                                    TRUSTEES

6

7

8   Dated:  January 19, 2012                    MOORE LAW FIRM, P.C.

9

10                                              By:  /s/Tanya Levinson Moore
                                                     Tanya Levinson Moore
11                                                   Attorneys for Plaintiff FERNANDO
                                                     RUBIO
12

13                                    **ORDER**

14      The Court adopts the parties' stipulation.  The Answer is due no later than February 14,

15  2012.

16

17

18

19

20

21

22

23

24  IT IS SO ORDERED.

25      Dated:  __**January 20, 2012**__          _____**/s/ Gary S. Austin**__
                                                   UNITED STATES MAGISTRATE JUDGE
26

27

28



---
2
**STIPULATION AND ORDER**