Keith M. White # 188536
**DOWLING, AARON & KEELER, INC.**
8080 North Palm Avenue, Third Floor
Fresno, California 93711
Tel: (559) 432-4500
Fax: (559) 432-4590

Attorneys for Defendants ARMANDO H. GUERRA and ELVIRA N. GUERRA, TRUSTEES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO RUBIO,<br>    Plaintiff,<br>vs.<br>ARMANDO H. GUERRA and ELVIRA N. GUERRA, TRUSTEES, FAROK ZAMZAMI, RHYAD ZAMZAMI dba SELMA MINIMART,<br>    Defendants. | Case No. 1:11-cv-02084-LJO-GSA<br><br>**STIPULATION AND ORDER**<br><br>Complaint Filed: 12/16/11 |

WHEREAS the parties hereto wish additional time to inspect the premises, evaluate the results, and attempt resolution of the matter without incurring fees and costs associated with filing responsive pleadings, scheduling conference statements, and attending scheduling conferences;

WHEREAS the parties wish to conserve the Court's resources and time;

IT IS STIPULATED by and between Plaintiff, FERNANDO RUBIO and Defendants ARMANDO H. GUERRA and ELVIRA N. GUERRA, TRUSTEES, through their respective counsel, that Defendants ARMANDO H. GUERRA and ELVIRA N. GUERRA, TRUSTEES, shall have, and hereby are granted an extension of time up to and including **March 11, 2012**, to file and serve their responsive pleadings to Plaintiff's Complaint on file herein.

///

**STIPULATION AND [PROPOSED] ORDER**

1 | Dated: February 14, 2012                    DOWLING, AARON & KEELER, INC.

3 | By: /s/Keith M. White
Keith M. White
Attorneys for Defendants ARMANDO H.
GUERRA and ELVIRA N. GUERRA,
TRUSTEES

8 | Dated: February 14, 2012                    MOORE LAW FIRM, P.C.

10 | By: /s/Tanya E. Moore
Tanya E. Moore
Attorneys for Plaintiff FERNANDO RUBIO

**ORDER**

IT IS SO ORDERED.

Dated:   **February 15, 2012**                    **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE