1  Keith M. White # 188536
   **DOWLING, AARON & KEELER, INC.**
2  8080 North Palm Avenue, Third Floor
   Fresno, California 93711
3  Tel: (559) 432-4500
   Fax: (559) 432-4590
4

5  Attorneys for Defendants ARMANDO H. GUERRA and ELVIRA N. GUERRA, TRUSTEES
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| FERNANDO RUBIO,<br>            Plaintiff,<br><br>    vs.<br><br>ARMANDO H. GUERRA and ELVIRA N. GUERRA, TRUSTEES, FAROK ZAMZAMI, RHYAD ZAMZAMI dba SELMA MINIMART,<br><br>            Defendants. | Case No. 1:11-cv-02084-LJO-GSA<br><br>**STIPULATION AND ORDER**<br><br>Complaint Filed: 12/16/11 |

WHEREAS the parties hereto wish additional time to inspect the premises, evaluate the results, and attempt resolution of the matter without incurring fees and costs associated with filing responsive pleadings, scheduling conference statements, and attending scheduling conferences;

WHEREAS the parties wish to conserve the Court's resources and time;

IT IS STIPULATED by and between Plaintiff, FERNANDO RUBIO and Defendants ARMANDO H. GUERRA and ELVIRA N. GUERRA, TRUSTEES, through their respective counsel, that Defendants ARMANDO H. GUERRA and ELVIRA N. GUERRA, TRUSTEES, shall have, and hereby are granted an extension of time up to and including **March 11, 2012**, to file and serve their responsive pleadings to Plaintiff's Complaint on file herein.

///

**STIPULATION AND [PROPOSED] ORDER**

Dated: February 14, 2012                    DOWLING, AARON & KEELER, INC.


By: /s/Keith M. White
  Keith M. White
  Attorneys for Defendants ARMANDO H.
  GUERRA and ELVIRA N. GUERRA,
  TRUSTEES


Dated: February 14, 2012                    MOORE LAW FIRM, P.C.


By: /s/Tanya E. Moore
  Tanya E. Moore
  Attorneys for Plaintiff FERNANDO RUBIO

**ORDER**

IT IS SO ORDERED.

  Dated:   **February 15, 2012**              **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE