Keith M. White # 188536
**DOWLING AARON INCORPORATED**
8080 North Palm Avenue, Third Floor
Fresno, California 93711
Tel:  (559) 432-4500
Fax: (559) 432-4590

Attorneys for Defendants ARMANDO H. GUERRA and ELVIRA N. GUERRA, TRUSTEES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO RUBIO,<br>　　　　　　Plaintiff,<br><br>　vs.<br><br>ARMANDO H. GUERRA and ELVIRA N. GUERRA, TRUSTEES, FAROK ZAMZAMI, RHYAD ZAMZAMI dba SELMA MINIMART,<br><br>　　　　　　Defendants. | Case No. 1:11-cv-02084-LJO-GSA<br><br><br>**STIPULATION AND ORDER** |

WHEREAS the parties hereto wish additional time to evaluate the results of their inspection of the property and attempt the global resolution of the matter without incurring fees and costs associated with filing responsive pleadings, scheduling conference statements, and attending scheduling conferences;

WHEREAS the parties also wish to conserve the Court's resources and time;

IT IS STIPULATED by and between Plaintiff, FERNANDO RUBIO and Defendants ARMANDO H. GUERRA and ELVIRA N. GUERRA, TRUSTEES, through their respective counsel, that Defendants ARMANDO H. GUERRA and ELVIRA N. GUERRA, TRUSTEES, shall have, and hereby are granted an extension of time up to and including April 6, 2012, to file and serve their responsive pleadings to Plaintiff's Complaint on file herein.

///

IT IS ALSO STIPULATED by and between the parties, that the March 20, 2012 Scheduling Conference may be continued to any date at the court's convenience after April 13, 2012 to afford the parties time to evaluate, negotiate, and finalize a settlement of this matter.

Dated: March 12, 2012    DOWLING AARON INCORPORATED

By: /s/Keith M. White
    Keith M. White
    Attorneys for Defendants ARMANDO H. GUERRA and ELVIRA N. GUERRA, TRUSTEES

Dated: March 12, 2012    MOORE LAW FIRM, P.C.

By: /s/Tanya E. Moore
    Tanya E. Moore
    Attorneys for Plaintiff FERNANDO RUBIO

## ORDER

The parties' stipulation is adopted as outlined above.  The Scheduling Conference currently set for March 20, 2012, is continued to May 2, 2012, at 9:30 a.m.

IT IS SO ORDERED.

Dated:  **March 12, 2012**            /s/ Gary S. Austin
                                      UNITED STATES MAGISTRATE JUDGE