1 | Keith M. White # 188536
**DOWLING AARON INCORPORATED**
2 | 8080 North Palm Avenue, Third Floor
Fresno, California 93711
3 | Tel: (559) 432-4500
Fax: (559) 432-4590
4
5 | Attorneys for Defendants ARMANDO H. GUERRA and ELVIRA N. GUERRA, TRUSTEES
6
7
8 | UNITED STATES DISTRICT COURT
9 | EASTERN DISTRICT OF CALIFORNIA
10

| FERNANDO RUBIO, | Case No. 1:11-cv-02084-LJO-GSA |
| Plaintiff, | |
| vs. | |
| | **STIPULATION AND ORDER** |
| ARMANDO H. GUERRA and ELVIRA N. GUERRA, TRUSTEES, FAROK ZAMZAMI, RHYAD ZAMZAMI dba SELMA MINIMART, | |
| Defendants. | |

WHEREAS the parties hereto wish additional time to evaluate the results of their inspection of the property and attempt the global resolution of the matter without incurring fees and costs associated with filing responsive pleadings, scheduling conference statements, and attending scheduling conferences;

WHEREAS the parties also wish to conserve the Court's resources and time;

IT IS STIPULATED by and between Plaintiff, FERNANDO RUBIO and Defendants ARMANDO H. GUERRA and ELVIRA N. GUERRA, TRUSTEES, through their respective counsel, that Defendants ARMANDO H. GUERRA and ELVIRA N. GUERRA, TRUSTEES, shall have, and hereby are granted an extension of time up to and including April 6, 2012, to file and serve their responsive pleadings to Plaintiff's Complaint on file herein.

///

1  IT IS ALSO STIPULATED by and between the parties, that the March 20, 2012 Scheduling Conference may be continued to any date at the court's convenience after April 13, 2012 to afford the parties time to evaluate, negotiate, and finalize a settlement of this matter.

Dated: March 12, 2012                DOWLING AARON INCORPORATED

                                     By: /s/Keith M. White_____
                                        Keith M. White
                                        Attorneys for Defendants ARMANDO H.
                                        GUERRA and ELVIRA N. GUERRA,
                                        TRUSTEES

Dated: March 12, 2012                MOORE LAW FIRM, P.C.

                                     By: /s/Tanya E. Moore_____
                                        Tanya E. Moore
                                        Attorneys for Plaintiff FERNANDO RUBIO

**ORDER**

The parties' stipulation is adopted as outlined above.  The Scheduling Conference currently set for March 20, 2012, is continued to May 2, 2012, at 9:30 a.m.

IT IS SO ORDERED.

  Dated:   **March 12, 2012**                   /s/ Gary S. Austin
                                       UNITED STATES MAGISTRATE JUDGE