1  Tanya E. Moore, SBN 206683
   K. Randolph Moore, SBN 106933
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California 95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046

5  Attorneys for Plaintiff
   Fernando Rubio

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO RUBIO, | No. 1:11-CV-02084-LJO-GSA |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |
| ARMANDO H. GUERRA, et al., | |
| Defendants. | |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: April 10, 2012         MOORE LAW FIRM, P.C.


            /s/Tanya E. Moore
            Tanya E. Moore
            Attorneys for Plaintiff Fernando Rubio

///

*Rubio v. Guerra, et al.*
Notice of Voluntary Dismissal; [Proposed] Order
                Page 1

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **April 10, 2012**                              /s/ Lawrence J. O'Neill
                                                                        UNITED STATES DISTRICT JUDGE